**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SANDRA K. WINEBRINNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-09-905-R** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered May 7, 2010. No objection to the Report and Recommendation has been filed nor has an extension of time to object to the Report and Recommendation been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 1st day of June, 2010.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE